UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:  GAY, Harold                                    Chapter 13
                                                       Case No. 04-17718-WCH

MOTION OF CHAPTER 13 TRUSTEE FOR ORDER DISMISSING CASE
NOTICE OF BAR DATE OBJECTIONS/RESPONSES

   Now comes the Chapter 13 Trustee (the "Trustee") and respectfully moves the Court for an Order dismissing this case, and in support thereof states as follows:

1.  On September 20, 2004, the above-captioned debtor (the "Debtor") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.
2.  On October 26, 2004, the Trustee convened and presided at a meeting of creditors as required by 11 U.S.C. §341.
3.  Upon recommendation of the Trustee, the plan was confirmed on December 1, 2004.
4.  The Trustee has reviewed the proofs of claim filed in this case, and believes that the plan is not sufficient to pay all of the claims as filed. As a result, the plan is unfeasible and, therefore, the case should be dismissed pursuant to 11 U.S.C. §1307(c)(1). In particular, the total of the general unsecured claims are not adequately provided for and makes the plan unfeasible. According to PACER, the Debtor has not filed an Amended plan, and no objections to the claim have been filed, therefore, the case should be dismissed.
5.  The Debtor is in arrears according to the terms of the plan totaling $1,045.00, which is equal to 2 month(s) of plan payments. This amount does not include the current month and may increase prior to hearing. Failure to make timely payments is grounds for dismissal pursuant to 11 U.S.C §1307.

   WHEREFORE, the Trustee respectfully requests that this Court enter an Order dismissing this case.

Respectfully Submitted,

By: /s/ Doreen B. Solomon
BBO #562078
Office of the Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114
(617) 723-1313
 Date: 5/11/05

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: GAY, Harold                  Chapter 13
                                                       Case No. 04-17718-WCH

ORDER DISMISSING CASE

The motion of the Chapter 13 Trustee to dismiss this case having come before this Court, due notice having been given, and for cause shown, it is hereby:

    ORDERED: that this Chapter 13 case is dismissed.

Dated: _____

                                                       U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:   GAY, Harold                                  Chapter 13
                                                      Case No. 04-17718-WCH

NOTICE OF BAR DATE FOR OBJECTIONS/RESPONSES

Notice is given that any responses and/or objections to this motion are to be filed within twenty (20) days of the date hereof. If no timely objections/responses are filed, the Court may act on this motion without further notice or hearing as provided by 11 U.S.C.§102(1)(B).

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within Trustee's Motion to Dismiss was served upon the Debtor, Debtor's counsel of record and those parties listed on the following service list by first class mail, postage prepaid or by electronic notice.

Dated: 5/13/05

/s/ Doreen B. Solomon

SERVICE LIST

Harold Gay
1326 Blue Hill Ave.
Mattapan, MA  02126

James O'Mara, Esquire
43 Story Street
South Boston, MA  02127